UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**NICHOLAS BEIERLE,**
on behalf of himself and
all others similarly situated,

                **Plaintiff,**        Case No. 13 –CV- 1280

  v.

**BR METAL TECHNOLOGY,**

                **Defendant.**

## JOINT STIPULATION TO EXTEND DEADLINE TO FILE AN ANSWER AND TO TOLL THE STATUTE OF LIMITATIONS

Plaintiff Nicholas Beierle, on behalf of himself and all others similarly situated, by their attorneys, Summer H. Murshid, Larry A. Johnson, and Barbara Quindel of Hawks Quindel, S.C. and Defendant BR Metal Technology, Inc., by their attorneys Geoffrey S. Trotier and Kathy L. Nusslock of Davis Kuelthau, s.c., hereby stipulate to the following:

    1.    Defendant BR Metal Technology shall receive an extension to file an Answer to Plaintiff's Complaint (dkt. # 1) until January 31, 2014.

    2.    The statute of limitations for Plaintiff and all putative class members shall toll beginning on December 2, 2013.

Dated this 2nd day of December, 2013.

Respectfully submitted,                    Respectfully submitted,

**DAVIS & KUELTHAU, S.C.**                 **HAWKS QUINDEL S.C.**
Attorney for Defendant                     Attorneys for Plaintiffs


By: s/ Geoffrey S. Trotier                 By: s/ Summer H. Murshid
    Geoffrey S. Trotier, SBN 1047083        Larry A. Johnson, SBN 1056619
    Email: gtrotier@dkattorneys.com          Email: ljohnson@hq-law.com
    Kathy L. Nusslock, SBN 1014027           Summer H. Murshid, SBN 1075404
    Email: knusslock@dkattorneys.com         Email: smurshid@hq-law.com
    Davis & Kuelthau, s.c.                   Barbara Quindel, SBN 1009431
    111 East Kilbourn Avenue, Suite 1400     Email: bquindel@hq-law.com
    Milwaukee, WI 53202                      Hawks Quindel, S.C.
    Telephone: 414-276-0200                  222 East Erie Street, Suite 210
    Fax: 414-278-3684                        PO Box 442
                                             Milwaukee, WI 53201-0442
                                             Telephone: 414-271-8650
                                             Fax: 414-271-8442