UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**NICHOLAS BEIERLE,**
on behalf of himself and
all others similarly situated,

          **Plaintiff,**      Case No. 13 –CV- 1280

v.

**BR METAL TECHNOLOGY,**

          **Defendant.**

**PROPOSED ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO FILE AN ANSWER AND TO TOLL THE STATUTE OF LIMITATIONS**

Based on the Stipulation of the parties, it is hereby ordered that:

1.    Defendant BR Metal Technology, Inc.'s deadline for filing an Answer to the Complaint in this matter is January 31, 2014.

2.    The statute of limitations for Plaintiff Beierle and all putative class members shall toll beginning on December 2, 2013.

Signed at Milwaukee, Wisconsin this __ day of _____, 2013.

                                                    _____
                                                  Nancy Joseph
                                                  United States Magistrate Judge