UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NICHOLAS BEIERLE
on behalf of himself and all
others similarly situated,

        Plaintiffs,

        v.        Case No. 13-C-1280

BR METAL TECHNOLOGY,

        Defendant.

COURT MINUTES
HONORABLE CHARLES N. CLEVERT, JR., PRESIDING

| | |
|---|---|
| Date: | June 25, 2014 |
| Proceeding: | Fairness Hearing |
| Start Time: | 2:07:09 p.m.    End Time: 2:17:05 p.m. |
| Court Reporter: | FTR Gold    Deputy Clerk: Kris Wilson |
| Appearances: | P:  Attorneys Summer H. Murshid and Larry A. Johnson<br>D:  Attorney Geoffrey S. Trotier |
| Disposition: | Based upon the record, and in the absence of any objection by any party in interest, the court will approve the Joint Motion for Final Approval of Class Action Settlement, effective September 4, 2014.<br><br>Plaintiffs' Motion for Attorney Fees and Costs is granted. [28]<br><br>Case will be administratively closed pending a further order of the court. |
| Notes: | Court found the terms of the settlement agreement to be reasonable, fair, adequate, and negotiated at arms length. There are no objections to the settlement agreement and no one appeared in opposition to approval.<br><br>Parties believe that the average class member will receive a payment of |

$1800, however, individual payments may vary.

An order granting final approval of this class-action settlement shall be entered on September 4, 2014, upon certification that notice has been given as required, and in the absence of any objections.