UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

NICHOLAS BEIERLE
on behalf of himself and
all others similarly situated,

        Plaintiff,

        v.         Case No. 13-C-1280

BR METAL TECHNOLOGY,

        Defendant.

ORDER GRANTING PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT AND ATTORNEYS' FEES

WHEREAS, the Parties have moved for an order finally approving the settlement of this litigation as stated in the Parties' Settlement Agreement and Release of Claims ("Settlement Agreement") which, together with the exhibits attached thereto, sets forth the terms and conditions for a proposed settlement of the litigation and for dismissal of the litigation upon the terms and conditions set forth therein; and

WHEREAS, the Court has read and considered the Settlement Agreement, the exhibits attached thereto, and the briefing submitted in support of preliminary and final approval of the settlement; and

WHEREAS, the Court has held the "fairness hearing" required prior to the approval of any class action settlement and no one appeared in opposition to the proposed settlement; and

WHEREAS, Plaintiffs have separately moved for an Order granting their petition for attorneys' fees and costs;

IT IS ORDERED that:

1.  The Parties' Joint Motion for Final Approval of Class Action Settlement is GRANTED effective September 4, 2014;

2.  The Parties shall certify that notice has been given to the appropriate federal and state officials in accordance with 28 U.S.C. § 1715(d);

3.  The Plaintiffs' Petition for Class Counsel's Costs and Attorneys' Fees is GRANTED in the amount of $34,116.67; and

4.  This lawsuit is DISMISSED WITH PREJUDICE and WITHOUT COSTS effective September 4, 2014;

The Clerk of Court is directed to close this case administratively pending final approval of the aforesaid settlement as set forth above or the further order of this Court.

Dated at Milwaukee, Wisconsin, this 26th day of June, 2014.

BY THE COURT

/s/ C.N. Clevert, Jr.
C.N. CLEVERT, JR.
U.S. DISTRICT JUDGE